

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 8, 1958

Honorable Jesse James
Treasurer, State of Texas
Capitol Station
Austin, Texas

Opinion WW-464-A

Re: Authority of the State
Treasurer to clear cer-
tain funds held by the
Treasury Department by
depositing the funds
to the General Revenue
Fund.

Dear Mr. James:

Please be advised that Opinion WW-464, dated
June 20, 1958, is amended on page three (3) thereof so
that the sum to the right of the fourth paragraph from
the top of the page shall be Eight Hundred Thirty-six
and 36/100 Dollars ($836.36), instead of Seven Hundred
Six and 36/100 Dollars ($706.36).

Yours very truly,

WILL WILSON
Attorney General of Texas

By _Henry G. Braswell_
Henry G. Braswell
Assistant

HGB:zt

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Riley Eugene Fletcher
Richard B. Stone

REVIEWED FOR THE ATTORNEY GENERAL
BY W. V. Geppert